

1

2

3

4

5

6

7

8

9

10

11 IN THE UNITED STATES DISTRICT COURT

12 FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 WESTERN DIVISION

14

15 **CHARLES EDINBYRD,**                              CV 06-7381 GHW (PJW)

16                                    Plaintiff,    [~~Proposed~~] **ORDER**
                                                    **GRANTING DEFENDANTS'**
                                                    **MOTION FOR A**
17            **v.**                                **PROTECTIVE ORDER**
                                                    **STAYING DISCOVERY**
18 **SGT. BENEDICT, et al.,**

19                                    Defendant.    Date:        Thursday, June 5,
                                                                 2008
20                                                  Time:        11:00 a.m.
                                                    Courtroom:   827A, Spring Street
21                                                  Judge:       The Honorable
                                                                 Patrick J. Walsh

22                                                  **[No Oral Argument Requested]**

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11                    IN THE UNITED STATES DISTRICT COURT

12               FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                            WESTERN DIVISION

14
| CHARLES EDINBYRD, | CV 06-7381 GHW (PJW) |
|---|---|
| Plaintiff, | [~~Proposed~~] ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER STAYING DISCOVERY |
| v. | |
| SGT. BENEDICT, et al., | |
| Defendant. | Date:        Thursday, June 5, 2008<br>Time:        11:00 a.m.<br>Courtroom: 827A, Spring Street<br>Judge:       The Honorable Patrick J. Walsh |
| | **[No Oral Argument Requested]** |

23
24          This matter came before this Court on Defendants' motion for a protective
25   order to stay discovery while Defendants' motion to dismiss, which asserts the
26   defense of qualified immunity, is pending.  Deputy Attorney General Lena Afary
27   represented Defendants J. Benedict, S. Yniquez, and R. Wayne, and Plaintiff
28   Charles Edinbyrd represented himself *in pro per*.  Because Plaintiff is currently

                                        1

1  incarcerated, this matter was submitted without oral argument.  The Court has

2  taken the matter under submission, and finding good cause:

3      **IT IS HEREBY ORDERED** that all discovery in this action is stayed

4  until Defendants' Motion To Dismiss Plaintiff's First Amended Complaint, which

5  raises qualified immunity, is decided and ruled upon.  *See Mitchell v. Forsyth*, 472

6  U.S. 511, 105 S. Ct. 2806, 86 L. Ed. 2d 411 (1985).

7

8  Dated: _4/17/08_                    _____

9                                       **The Honorable Patrick J. Walsh,**
                                        **United States Magistrate Judge**
10

11  Respectfully submitted,

12  EDMUND G. BROWN JR.
13  Attorney General of the State of California

14  DAVID S. CHANEY
    Chief Assistant Attorney General

15  FRANCES T. GRUNDER
    Senior Assistant Attorney General

16  RENE L. LUCARIC
17  Supervising Deputy Attorney General

18  /s/ Lena Afary

19  LENA T. AFARY
    Deputy Attorney General

20  Attorneys for Defendants

21

22

23

24

25

26

27

28